# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2015

149851(72)(73)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

THE RESERVE AT HERITAGE
VILLAGE ASSOCIATION,
        Plaintiff-Appellant,

v

WARREN FINANCIAL ACQUISITION,
LLC, HERITAGE VILLAGE SINGLE
FAMILY, INC., HERITAGE VILLAGE
MASTER COMMUNITY
ASSOCIATION, GRAND/SAKWA
PROPERTIES, LLC, GRAND/SAKWA
OF WARREN, LLC, GARY SAKWA,
NICK DONOFRIO, WHITEHALL
PROPERTY MANAGEMENT, INC.,
CHRISTINE METIVA, STANLEY L.
SCOTT, DAVID A. GANS, WINNICK
HERITAGE VILLAGE, LLC, and
RESERVE MORTGAGE HOLDING, LLC,
        Defendants-Appellees,

and

RESERVE MORTGAGE HOLDING, LLC,
        Intervening Plaintiff,

v

THE RESERVE AT HERITAGE VILLAGE
ASSOCIATION,
        Intervening Defendant.
_____/

SC: 149851
COA: 317830
Macomb CC: 2012-000133-CH

On order of the Court, to the extent that plaintiff-appellant's motion for reconsideration is directed at Justice Bernstein's decision to recuse himself from participating in this Court's April 28, 2015 order, it is considered and it is DENIED because the "familial relationship" referenced in Justice Bernstein's recusal statement was based on his brother-in-law's business association with several defendants-appellees.

The motion for reconsideration, as it pertains to the Court's denial of the application for leave to appeal, is also DENIED, because it does not appear that the order was entered erroneously. The motion to strike filed by defendants-appellees is DENIED as moot.

BERNSTEIN, J., participating only in the denial of the motion for reconsideration to the extent it pertains to his recusal.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2015

Clerk

d0616